IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RAYMOND RICHMOND, | * |
| Petitioner, | * |
| v. | Case No. 4:22-cr-7 (CDL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 20th day of June 2024.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk